**From:** Justice Lisa Soto
**To:** Chief Justice Jeff Alley; Justice Gina Palafox
**Cc:** Amanda Chisholm; Stuart Alfsen; Crystal Almanza
**Subject:** Re: Moore 08-23-00180-CV
**Date:** Friday, December 20, 2024 1:06:48 PM

I agree and join. Thank you.

---

**From:** Chief Justice Jeff Alley <jeff.alley@txcourts.gov>
**Sent:** Friday, December 20, 2024 12:07 PM
**To:** Justice Gina Palafox <Gina.Palafox@txcourts.gov>; Justice Lisa Soto <Lisa.Soto@txcourts.gov>
**Cc:** Amanda Chisholm <amanda.chisholm@txcourts.gov>; Stuart Alfsen <Stuart.Alfsen@txcourts.gov>; Crystal Almanza <Crystal.Almanza@txcourts.gov>
**Subject:** Moore 08-23-00180-CV

Please find attached the final of this opinion that could issue today with your approval. Highlighted in red are the three substantive changes from the previous draft: 1) alteration of footnote 8 per Justice Palafox's suggestion; 2) alteration of footnote 15 per Justice Soto's suggestion, and my addition of a cite to Thompson v. Landry if for no other purpose than to show the TXSCT we really do keep up with what is going on; and 3) a revision to a confusing sentence I had on p. 14 about presumptions.

Please note your vote. Thx.

Jeff Alley
Chief Justice Eighth Court of Appeals
jeff.alley@txcourts.gov